**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KURT KEVIN DUFFIS MYERS,**

    **Plaintiff,**

**v.**                                         **Case No: 8:13-cv-134-T-35AEP
Case No: 8:12-cr-036-T-35AEP**

**UNITES STATES OF AMERICA,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court by referral from the Honorable Mary S. Scriven for a Report and Recommendation (Dkt. No. 19) on Kurt Kevin Duffis Myers's ("Myers") Motion to Vacate, Set Aside or Correct his sentence pursuant to 28 U.S.C. § 2255 ("Section 2255 Motion"). (Dkt. No. 1.) The matter was scheduled for an evidentiary hearing to occur before the undersigned on May 27, 2016. (Dkt. No. 25.) Prior to the scheduled hearing, Myers filed an Unopposed Motion to Dismiss Motion to Vacate Sentence, by which Myers requested that the Court dismiss his Section 2255 Motion. (Dkt. No. 26.) On May 27, 2016, rather than conducting an evidentiary hearing, the undersigned conducted a colloquy with Myers regarding his request to dismiss his Section 2255 Motion. After cautioning and examining the Defendant under oath concerning his request, I determined that Myers decision to request that his Section 2255 Motion be dismissed was knowledgeable and voluntary and with a full understanding that once dismissed he will be foreclosed from pursuing any matters in the Section 2255 Motion.

I therefore **RECOMMEND** that Myers's Unopposed Motion to Dismiss Motion to Vacate Sentence (Dkt. No. 26) be **GRANTED**, the Section 2255 Motion (Dkt. No. 1) be **DENIED,** and the case be closed.

**IT IS SO REPORTED** at Tampa, Florida, this 27th day of May, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Copies furnished to:

Hon. Mary S. Scriven

Counsel of Record